# EXHIBIT A

# EXHIBIT A

# IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## (CIVIL DIVISION)

| | |
|---|---|
| Maxine RUSSELL | * |
| 4102 Parkwood Court | * |
| Brentwood, MD 20722 | * |
|            Plaintiff | * |
| | * |
|     v. | * Civil Action No.:  2016 CA 008605 B |
| | * |
| CORRECTIONS CORPORATION OF AMERICA | * |
| 10 BURTON HILLS, BLVD. | * |
| NASHVILLE, TN 37215 | * |
| | * |
| DISTRICT OF COLUMBIA | * |
| A MUNICIPAL CORPORATION | * |
| WILSON BUILDING | * |
| 1350 PENNSYLVANIA AVENUE, NW | * |
| WASHINGTON, DC 20004 | * |
| | * |
| *Serve On:* | * |
|     The Honorable Muriel Bowser | * |
|     Mayor, District of Columbia or Designees | * |
|     *Tabatha Braxton, Arlethia Thompson* or | * |
|     *Kadesha Washington* | * |
|     John Wilson Building | * |
|     1350 Pennsylvania Avenue, NW | * |
|     Washington, D.C. 20004 | * |
| | * |
|     The Honorable Karl Racine | * |
|     Attorney General, District of Columbia | * |
|     or Designees *Darlene Fields,* | * |
|     *Tonia Robinson* or *Gale Rivers* | * |
|     441 Fourth Street, NW | * |
|     Washington, D.C. 20004 | * |
|                 Defendants | * |
| | * |

## COMPLAINT

Comes now plaintiff, Maxine Russell, by and through her attorney I. Hope Umana, Esq., and

HUMANA LAW FIRM, PLLC and hereby sues defendants, and for cause states:

PARTIES, JURISDICTION AND VENUE:

    1.   The Plaintiff Maxine Russell is an adult citizen of the State of Maryland

residing at 4102 Parkwood Court, Brentwood, MD 20722.

2. Upon information and belief, defendant. Corrections Corporations of America (CCA) is a business corporation with its offices in Nashville, in the state of Tennessee, and operates the Corrections Treatment Facility (CTF), 1901 E. Street, S.E. Washington, D.C. 20001-2528, a jail facility owned by the District of Columbia Department of Corrections and its Warden is in charge of that facility, its inmates welfare and Safety, and the supervision of personnel.

3. The CCA operates the CTF pursuant to contract with the District of Columbia Department of Corrections, and it is directly responsible for managing and maintaining the facility.

4. Defendant, District of Columbia is a municipal corporation responsible for the administration of governmental functions affecting the District of Columbia, and was at all times relevant to this cause of action jointly responsible for the plaintiff, an inmate at the Correctional Treatment Facility (CTF). The District of Columbia Department of Corrections is the agency within the District of Columbia responsible for the incarceration of inmates in the District of Columbia.

5. At all times relevant, the CCA was responsible, jointly with the District of Columbia for the safety of inmates, and for establishing the operational rules, regulations and policies and for enforcing the rules, regulations and policies at the CTF.   The Corporation was also responsible for training and supervising Corrections Officers and for ensuring that its officers and

personnel obey the rules, regulations and policies and the laws of the District of Columbia and the United States. The Corporation was also responsible for health care and welfare of inmates.

6. All acts alleged in this Complaint occurred within the District of Columbia.

7. The District of Columbia is the place where the events giving rise to this lawsuit occurred. Therefore, jurisdiction and venue are appropriate pursuant to DC Code Ann. §§ 11- 921 (1981 Edition).

8. Plaintiff had timely filed notice pursuant to the D.C. Code § 12-309 (1981 Edition) on April 14, 2014.

## FACTUAL BACKGROUND:

9. Plaintiff, Maxine Russell was at all times relevant to this complaint a pre-trial inmate confined at the Correctional Treatment Facility (CTF), which is operated by Corrections Corporation of America (CCA) as aforesaid.

10. Between January 21, 2014 and March 4, 2014, the plaintiff was exposed to cruel and unusual punishment of being held for the period of her pre-trial incarceration in a tiny cell without light which led to her experiencing serious traumatic and mental health injuries.

11. Despite plaintiff's many pleas that the dark and dingy cell is affecting both her eyes, mind and body, the CTF management and staff refused to transfer her into another cell or to fit her cell with proper lighting.

12. As a result of being confined in that small and dark cell, and expected to function therein, she tripped and fell and was physically injured in the course

of moving about in the cell and trying to access her bunk bed, on or about February 21, 2014.

13. Following the physical injury, the plaintiff was not afforded adequate physical and psychological medical care, causing the Plaintiff to further deteriorate.

## COUNT ONE

(Negligence)

14. Plaintiff re-alleges paragraphs 1 through 12 as set forth here in full.

15. The defendants knew or ought to have known that keeping an inmate in a dark and dingy cell, in gross disregard for the rights of the inmate, could lead to severe mental and/or physical injuries and the continued incarceration in the dark cell was the direct and proximate cause of the injuries to Plaintiff.

16. As a direct and proximate consequence of the negligence of the defendants, directly or indirectly Plaintiff sustained injuries as alleged.


WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, for compensatory damages in the amount of One Million ($1,000,000.00) Dollars and punitive damages in the amount of One Million ($1,000,000.00) Dollars. The Plaintiff also demands attorneys' fees and costs.

## COUNT TWO
(Intentional Infliction of Emotional Distress)

17. Plaintiff re-alleges paragraphs 1 through 16 as set forth here in full.

18. Defendant's conduct was extreme, outrageous and contrary to basic concepts of human decency.

19. The Defendant's conduct was malicious, willful and intended to provoke extreme emotional distress in Plaintiff.

20. As a direct and proximate consequence of the conduct of Defendants, Plaintiff experienced extreme emotional distress in plaintiff as alleged herein. Plaintiff has been receiving psychological treatment since that time.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, for compensatory damages in the amount of One Million ($1,000,000.00) Dollars and punitive damages in the amount of One Million ($1,000,000.00) Dollars. The Plaintiff also demands attorneys' fees and costs.

COUNT THREE
(Negligent Infliction of Emotional Distress)

21. Plaintiff re-alleges paragraphs 1 through 20 as set forth here in full.

22. Defendant's conduct was extreme, outrageous and contrary to basic concepts of human decency.

23. The Defendant's conduct was grossly negligent and defendants ought to know or knew that such conduct would provoke extreme emotional distress in Plaintiff.

24. As a direct and proximate consequence of the conduct of Defendants, Plaintiff experienced extreme emotional distress as alleged herein. Plaintiff has been receiving psychological treatment since that time.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, for compensatory damages in the amount of One Million ($1,000,000.00) Dollars and punitive damages in the amount of One Million ($1,000,000.00) Dollars. The Plaintiff

also demands attorneys' fees and costs.

COUNT FOUR
(Failure to Train/Negligent Supervision)

25. Plaintiff re-alleges paragraphs 1 through 24 as set forth in full.

26. The defendant failed to adequately train, supervise and discipline its agents and employees. The failure to train or properly train, supervise and discipline staff and Correction Officers demonstrates a gross disregard for the rights of the inmates, and was a proximate cause of the injuries to Plaintiff.

27. As a direct and proximate consequence of the customs, policies and practices of the CCA and D.C., Plaintiff sustained injuries as alleged.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, for compensatory damages in the amount of One Million ($1,000,000.00) Dollars and punitive damages in the amount of One Million ($1,000,000.00) Dollars. The Plaintiff also demands attorneys' fees and costs.

COUNT FIVE
(Failure to Protect)

28. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 27 as if fully set out herein.

29. Defendants knew of and acquiesced in the substantial risk of harm to the plaintiff by their neglect, and disregarded that risk by failing to take reasonable measures to abate it.

30. Defendants in deliberate disregard for the plaintiff's constitutional rights failed to remove the threat to the plaintiff welfare and also failed to light up plaintiff's room, thereby knowingly exposing the plaintiff to physical and emotional harm.

31. Defendants' callous and deliberate disregard to the plaintiff's safety and welfare and the failure to take reasonable measures when they learnt of the strong likelihood that the plaintiff may be injured, resulted in the injury to the plaintiff.

32. As a direct and proximate consequence of these failures Plaintiff sustained injuries as alleged.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, for compensatory damages in the amount of One Million ($1,000,000.00) Dollars and punitive damages in the amount of One Million ($1,000,000.00) Dollars. The Plaintiff also demands attorneys' fees and costs.

COUNT SIX
(Inadequate Medical Care)

33. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 32 as if fully set out herein.

34. Defendants knew or ought to have known of the excessive risk of leaving the plaintiff in a dark and dingy cell, and they disregarded that risk.

35. Defendants' action was neither based on penal interest nor did it advance any penological end.

36. As a direct and proximate consequence of these failures, Plaintiff sustained injuries as alleged, the Plaintiff's medical condition deteriorated as there was no monitor and adequate care of her medical needs.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, for compensatory damages in the amount of One Million ($1,000,000.00) Dollars and punitive damages in the amount of One Million ($1,000,000.00) Dollars. The Plaintiff

also demands attorneys' fees and costs.

COUNT SEVEN
(Municipal Liability)

37. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 36 as if fully set out herein.

38. Defendant CCA and the District of Columbia were or should have been on notice of the need for more training for the employees at CTF, due to prior incidents involving employees and inmates at the facility. The need for training was so obvious that failure to address it was likely to result in a constitutional violation.

39. The failure to train was deliberate indifference to the constitutional rights of the inmates.

40. CCA and the District of Columbia exhibited practices of failing to terminate or reprimand employees who violated constitutional or other rights of inmates.

41. There was also a lack of proper investigation and follow up on complaints made by inmates of Constitutional and other rights violation by employees and the institution.

42. While there may have been investigative process in theory, it was just a formality without addressing the complaints raised or taking actions to correct such incidents further.

43. Constitutional violation by employees were widespread and pervasive so as to constitute constructive acquiescence of senior policy makers.

44. Such Deliberate indifference amounts to a custom or official policy of inaction.

45. As a direct and proximate consequence of these custom or official policy of inaction Plaintiff sustained injuries as alleged.

WHEREFORE, the premises considered, plaintiff Maxine Russell demands judgment from defendants Corrections Corporation of America and the District of Columbia jointly and severally in the sum of One Million ($1,000,000.00) Dollars and punitive damages in the amount of One Million ($1,000,000.00) Dollars, for personal injury, plus court cost, interest, and attorney fees.

JURY TRIAL REQUEST:

Plaintiff hereby demands a jury trial on all issues.

Respectfully submitted,

Hope Umana, Esq. # 459092
HUMANA LAW FIRM
The Guardian Building
8605 Cameron Street, # 216
Silver Spring, MD 20910
Phone: (301) 587-0090
Fax: (301) 587-5540
Hope@Humanalaw.com
Counsel for the Plaintiff

Date November 29, 2016

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

MAXINE RUSSELL

Case Number: __2016 CA 008605 B__

vs

Date: __11-29-16__

CORRECTIONS CORP OF AMERICA, ET. AL.

☐ One of the defendants is being sued in their official capacity.

Name: *(Please Print)* I. HOPE UMANA

Firm Name: HUMANA LAW FIRM, PLLC

Telephone No.: 301 587 0090   Six digit Unified Bar No.: 459092

Relationship to Lawsuit

☑ Attorney for Plaintiff

☐ Self (Pro Se)

☐ Other: _____

TYPE OF CASE: ☐ Non-Jury   ☑ 6 Person Jury   ☐ 12 Person Jury

Demand: $ ONE million   Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____   Judge: _____   Calendar #: _____

Case No.: _____   Judge: _____   Calendar#: _____

---

**NATURE OF SUIT:**   *(Check One Box Only)*

### A. CONTRACTS

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 15 Special Education Fees
☐ 10 Mortgage Foreclosure/Judicial Sale

☐ 07 Personal Property
☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 13 Employment Discrimination

**COLLECTION CASES**

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 16 Under $25,000 Consent Denied
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 18 OVER $25,000 Consent Denied

### B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass
☐ 06 Traffic Adjudication

### C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 09 Harassment
☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☑ 16 Negligence- (Not Automobile, Not Malpractice)

☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

---

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Oct 14

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 Insurance/Subrogation
  Under $25,000 Pltf.
  Grants Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)

- ☐ 10 T.R.O./ Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award
  (DC Code § 16-4401)

- ☐ 25 Liens: Tax/Water Consent Granted
- ☐ 26 Insurance/ Subrogation
  Under $25,000 Consent Denied
- ☐ 27 Insurance/ Subrogation
  Over $25,000 Pltf. Grants Consent
- ☐ 28 Motion to Confirm Arbitration
  Award (Collection Cases Only)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 30 Liens: Tax/ Water Consent Denied
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower
- ☐ 34 Insurance/Subrogation
  Over $25,000 Consent Denied

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-1519 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a) (1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

_____
Attorney's Signature

_11-29-16_
Date



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

MAXINE RUSSELL
_____
                          Plaintiff

vs.                                        Case Number   2016 CA 008605 B

CORRECTIONS CORPORATION OF AMERICA
10 BURTON HILLS BLVD.          Defendant
NASHVILLE, TN 37215

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

I. HOPE UMANA, ESQ.
_____
Name of Plaintiff's Attorney

**HUMANA LAW FIRM, PLLC**

Address      8605 Cameron Street
             Suite 216
             Silver Spring, MD 20910

301-587-0090
_____
Telephone

Clerk of the Court

By _____
                          Deputy Clerk

Date   11/30/2016

如需翻译，请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오       የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                    CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                              Demandante

        contra                                    Número de Caso: _____

_____
                              Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez o ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                Por: _____
_____                    Subsecretario
Dirección

_____

                                Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bản dịch, hãy gọi (202) 879-4828
    번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                                    CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

MAXINE RUSSELL
_____ Plaintiff

vs.                                     Case Number __2016 CA 008605 B__

DISTRICT OF COLUMBIA
c/o MAYOR MURIEL BOWSER  Defendant
1350 PENN AVE, NW
WASHINGTON, DC 20004

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

I. HOPE UMANA, ESG
_____
Name of Plaintiff's Attorney                    Clerk of the Court

Address  **HUMANA LAW FIRM, PLLC**           By _____
         8605 Cameron Street                            Deputy Clerk
              Suite 216
         Silver Spring, MD 20910              Date __11/30/2016__

Telephone  301 587 CC90

如需翻譯, 請打電話 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Dể có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                          CASUM.doc





# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### 500 Indiana Avenue, N.W., Suite 5000
### Washington, D.C. 20001 Teléfono: (202) 879-1133

| | | |
|---|---|---|
| | | Demandante |
| contra | | |
| | | Número de Caso: _____ |
| | | Demandado |

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes y entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____

_____
Dirección

Subsecretario

_____
Teléfono

Fecha _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

MAXINE RUSSELL
_____
                                    Plaintiff

                    vs.                          Case Number   2016 CA 008605 B

DISTRICT OF COLUMBIA
C/o ATTY GEN KARL RACINE        Defendant
441 FOURTH ST, NW
WASHINGTON, DC 20004                 **SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either
personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive
of the day of service. If you are being sued as an officer or agency of the United States Government or the
District of Columbia Government, you have sixty (60) days after service of this summons to serve your
Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The
attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed
to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue,
N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on
Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on
the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment
by default may be entered against you for the relief demanded in the complaint.

I. HOPE UMANA, ESQ.                          *Clerk of the Court*
_____
Name of Plaintiff's Attorney

**HUMANA LAW FIRM, PLLC**                    By _____
                                                          Deputy Clerk
Address    8605 Cameron Street
            Suite 216
         Silver Spring, MD 20910            Date        11/30/2016
Telephone  301-587-0090

如需翻譯,請打電話 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요    ያላ°ጉ°ኔ° ትርጉም° ለማግኘት° (202) 879-4828 ያደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU
ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT
MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE
COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR
REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS
ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the
Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500
Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

                    See reverse side for Spanish translation
                    Vea al dorso la traducción al español





## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
#### 500 Indiana Avenue, N.W., Suite 5000
#### Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                          Demandante
          contra

                                              Número de Caso: _____

_____
                          Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                              *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

_____        Por: _____
Dirección                                               Subsecretario

_____        Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                              CASUM.doc



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MAXINE RUSSELL

    Vs.                                C.A. No.     2016 CA 008605 B

CORRECTIONS CORPORATION OF AMERICA et al

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to:  Judge MICHAEL L RANKIN
Date:  November 30, 2016
Initial Conference: 10:30 am, Friday, March 03, 2017
Location:  Courtroom 517
            500 Indiana Avenue N.W.

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin

# EXHIBIT B

# EXHIBIT B

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

MAXINE RUSSELL
4102 Parkwood Court
Brentwood, MD  20722

        Plaintiff,

v.


CORRECTIONS CORPORATION
OF AMERICA
10 Burton Hills Blvd.
Nashville, TN  37215

THE DISTRICT OF COLUMBIA
A Municipal Corporation
Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC  20004

Serve:  Mayor Muriel Bowser
1350 Pennsylvania Ave. NW #316
Washington, DC  20004

Serve:  Attorney General Karl A. Racine
Office of the Attorney General
441 4th St. NW
Washington, DC  20001

        Defendants

---

C.A. No. 2016 CA 008605 B

Judge Michael L. Rankin

Next Event – Initial Conf.
    March 3, 2017 @ 10:30 a.m.
    Courtroom 517
    500 Indiana Avenue N.W.
    Washington, DC  20001

## NOTICE OF FILING NOTICE OF REMOVAL

Defendant Corrections Corporation of America hereby notifies this Court that it has filed a Notice of Removal of this action to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1441(a).  A copy of the Notice of Removal filed in the United States District Court is attached as Exhibit A.

Dated: February 21, 2017

By: /s/ Timothy J. Bojanowski

Timothy J. Bojanowski, Bar No. 1000114
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:   (480) 420-1600
Facsimile:    (480) 263-1696

Mariana D. Bravo, Bar No. 473809
Matthew Berkowitz, Bar No. 974170
CARR MALONEY, P.C.
2020 K Street, N.W., Suite 850
Washington, DC  20006
Telephone:       (202) 310-5500
Facsimile:       (202) 310-5555

Attorneys for Defendants Corrections
Corporation of America

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2017, I caused the foregoing document to be filed

and served through the CaseFileXpress eFiling system upon:

Hope Humana, Esq.
Humana Law Firm
The Guardian Building
8605 Cameron Street, #216
Silver Spring, MD  20910
Attorney for Plaintiff

/s/ Timothy J. Bojanowski

- 2 -