## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAXINE RUSSELL

              Plaintiff,

    v.

CORRECTIONS CORPORATION OF AMERICA,
THE DISTRICT OF COLUMBIA

             Defendants

Civil Action No. 1:17-cv-00313-EGS

### DEFENDANT'S MOTION FOR SUMMARY DISPOSITION

On June 7, 2019, this Court entered a Minute Order setting deadlines for dispositive motions. Defendants Corrections Corporation of America[1] and District of Columbia filed a Motion for Summary Judgment and supporting Statement of Facts on August 12, 2019. (Dkt. 64.) Per the Court's Order, Plaintiff's response or objection to Defendants' Motion was due on or before September 9, 2019. It has been fourteen (14) days since Plaintiff's response was due. Defendants' Reply to Plaintiff's Response is due on September 23, 2019. In lieu of filing their Reply, Defendants now move for summary disposition.

To date, Plaintiff has not filed any response or objection to Defendants' Motion for Summary Judgment, nor has she requested additional time to respond. The Court should therefore accept Defendants' Statement of Facts (Doc. 64-1) as undisputed and enter summary judgment in favor of Defendants based on the same. *See* Fed. R. Civ. P. 56(e)(2); *Lynch v. Meridian Hill Studio Apts., Inc.*, 491 A.2d 515, 521 (D. D.C. 1985) ("Rule 56(e) does permit the court to accept the moving party's verified version of the facts if it is not countered with specificity in a timely fashion."). Plaintiff's failure to file a response may also be deemed a

---

[1] Corrections Corporation of America is now CoreCivic, Inc.

concession to Defendants' Motion.  *See* Fed. R. Civ. P. 56(e)(3); LCvR 7(b); *Wilkins v. Jackson*, 750 F.Supp.2d 160, 162 (D. D.C. 2010) ("It is well established that if a plaintiff fails to respond to an argument raised in a motion for summary judgment, it is proper to treat that argument as conceded."); *Winston & Strawn, LLP v. McLean*, 843 F.3d 503, 505 (D.C. Cir. 2016) ("The District Court 'must always determine for itself whether the record and any undisputed material facts justify granting summary judgment.'") (quoting *Grimes v. Dist. of Columbia*, 794 F.3d 83, 97 (D. D.C. 2015) (Griffith, J., concurring) (citing Fed. R. Civ. P. 56(e)(3)).  Plaintiff is represented by counsel, and thus should be aware of the consequences of failing to respond to a motion for summary judgment.  *Compare with Ham v. Smith*, 653 F.2d 628, 631 (D.C. Cir. 1981) (District Courts must ensure pro se prisoners are aware of the consequences of failing to respond to a motion for summary judgment before granting such a motion).

For the foregoing reasons, Defendants respectfully request that the Court grant its Motion for Summary Judgment and dismiss Plaintiff's November 29, 2016 Complaint (removed from Superior Court, see Dkt. 4) in its entirety with prejudice.

Dated: September 23, 2019

By: /s/ Timothy M. Ray
Daniel P. Struck, Bar No. CO0037
Timothy M. Ray, Pro Hac Vice
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 East Ray Road, Suite 300
Chandler, AZ  85226
Telephone:  (480) 420-1600
Facsimile:  (480) 420-1696

Mariana D. Bravo, Bar No. 473809
Matthew Berkowitz, Bar No. 974170
K. Maxwell Bernas, Bar No. 1048861
CARR MALONEY, P.C.
2020 K Street, N.W., Suite 850
Washington, DC  20006
Telephone:  (202) 310-5500
Facsimile:  (202) 310-5555

Attorneys for Defendants Corrections
Corporation of America and District of
Columbia

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 23, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system.  I certify that all participants in the case who are registered CM/ECF users as listed below will be served by the CM/ECF system:

        Steven N. Rubenstein (Bar No. 1013094)
        Assistant Attorney General
        441 4th Street NW, Suite 630 South
        Washington, D.C. 20001
        Steven.rubenstein3@dc.gov
        Attorney for District of Columbia

        Hope Umana, Esq.
        Humana Law Firm
        The Montgomery Building
        8630 Fenton Street, Suite 126
        Silver Spring, MD 20910
        hope@humanalaw.com
        Attorney for Plaintiff

        Kathleen M. McCauley, Esq. (Bar No. VA70)
        Laura May Hooe, Esq. (DC Bar No. 1026811)
        MORAN REEVES & CONN PC
        100 Shockoe Slip, 4th Floor
        Richmond, Virginia 23219
        Telephone: (804) 421-6250
        Facsimile: (804) 421-6251
        kmccauley@moranreevesconn.com
        lmayhooe@moranreevesconn.com
        Attorneys for Defendant District of Columbia

                    /s/ Timothy M. Ray